

# Fourth Court of Appeals
## San Antonio, Texas

November 8, 2016

No. 04-16-00676-CV

**IN RE** John M. **DONOHUE**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
               Rebeca C. Martinez, Justice
               Jason Pulliam, Justice

On November 3, 2016, Relator filed a petition for writ of mandamus. The court has considered the petition and is of the opinion that Relator is not entitled to the relief sought. Accordingly, the petition is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on November 8, 2016.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of November, 2016.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2012CI19573, styled *Martha Donohue v. John M. Donohue*, in the 288th Judicial District Court, Bexar County, Texas, the Honorable David A. Canales presiding.